1824.
JUNE.

Stanfield
vs
Boyer

Words tending
to charge an un-
married woman
with fornication,
are not actionable
A variance be-
tween the words
charged in the de-
claration, and the
words proved, is
fatal

STANFIELD *vs.* BOYER.

APPEAL from *Baltimore* county court. This was an action of *slander*. It is deemed unnecessary to state the slanderous words stated in the declaration. They charged the plaintiff, (who was an unmarried woman,) with fornication. The words proved were only such from which the fornication might have been inferred On the defendant's prayer, the court, [*Hanson*, A. J.] refused to direct the jury, that the plaintiff was not entitledto recover. The defendant excepted; and the verdict and judgment being against him, he appealed to this court.

The cause was argued before BUCHANAN, Ch. J. EARLE, MARTIN, and STEPHEN, J.

*Glenn*, for the Appellant, contended, 1. That the words charged in the declaration were not actionable, because they neither imputed a crime to the plaintiff, nor charged her with any thing which tended to exclude her from society, nor affected her in her trade or office. In other words, that to call an unmarried woman a whore, was not actionable. 2. That the words proved differ from those alleged in the declaration. On the *first point* he cited *Brooke vs. Coffin*, 5 *Johns. Rep.* 188, and the cases there cited. *Thesell vs. Cooper*, 1 *Roll. Ab.* 36. *Comb.* 138. The act of 1715, *ch.* 27, *s.* 3. 12 *Mod.* 248. On the *second point* he cited *Cook vs. Cox*, 8 *Maule & Selw.* 110; and *Hancock vs. Winter*, 7 *Taunt.* 205.

No counsel appeared for the Appellee.

The opinion of the court was delivered by

MARTIN, J. Two objections have been made to the judgment of the court below in this case, both of which, we think, are sustained upon established principles of law. The words, as proved by the witnesses, are not in themselves actionable, and if they were actionable, the variance between them and those laid in the declaration, is fatal.

We do not think it necessary to enter into a minute explanation of this case. The judgment of *Baltimore* county court is reversed, with costs to the appellant.

JUDGMENT REVERSED.